JGW/2015R0026

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 FEB -4 PM 4:05

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

GRH
2/3/15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. CCB-15-043 |
| | * | |
| TAVON SLOWE, | * | (Use of Interstate Commerce Facilities |
| Defendant. | * | in the Commission of Murder-for-Hire, |
| | * | 18 U.S.C. § 1958) |
| | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

From in or about March of 2013 and continuing through April of 2013, in the District of Maryland, the defendant,

### TAVON SLOWE

did knowingly use interstate commerce facilities, to wit, cellular telephones, with intent that a murder be committed in violation of the laws of the state of Maryland, as consideration for the receipt of, and as consideration for a promise and agreement to pay, a thing of pecuniary value, to wit, a sum of United States currency, to be paid to the defendant to commit the aforesaid murder.

18 U.S.C. § 1958

Rod J. Rosenstein /JTF
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

2/4/15
Date